CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 10 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:09CR00036 |
| | ) | (CASE NO. 5:16CV80984) |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| MALCOLM CARL YOUNG, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, For the stated reasons, it is

**ADJUDGED AND ORDERED**

that the conditionally filed § 2255 action (ECF No. 46) is DISMISSED WITHOUT PREJUDICE and stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: This 10th day of August, 2016.

/s/ Glen E. Conrad
Chief United States District Judge